(114 So. 489)

No. 28738.

## GENTILLY DEVELOPMENT CO. v. CARBAJAL.

Oct. 31, 1927.

*(Syllabus by Editorial Staff.)*

**Appeal and error** ⊛═73(2)—Order in partition suit for appraisement of realty being interlocutory order which cannot cause irreparable injury, appeal therefrom must be dismissed.

Ex parte order in partition suit for appraisement of realty by notary public and appraisers appointed by court being only an interlocutory order which cannot cause irreparable injury, appeal therefrom must be dismissed.

Appeal from Civil District Court, Parish of Orleans; E. K. Skinner, Judge.

Partition suit by the Gentilly Development Company against Mrs. Henrietta S. Carbajal. From an order for appraisement of the realty, defendant appeals. On plaintiff's motion to dismiss the appeal. Appeal dismissed.

Delvaille H. Theard and Frank P. Kreiger, both of New Orleans, for appellant.

Monroe & Lemann, of New Orleans, for appellee.

O'NEILL, C. J. The defendant in this suit has appealed from an ex parte order of court, ordering a notary public and two expert ap-praisers appointed by the court, to make an appraisement of certain real estate, of which the plaintiff claims joint ownership with the defendant, and sues for a partition. The plaintiff has moved to dismiss the appeal on the ground that the order appealed from is only an interlocutory order and cannot cause irreparable injury. That being the character of the order appealed from, the appeal must be dismissed; for there is no right of appeal from an interlocutory order if it cannot cause irreparable injury.

The appeal is dismissed at appellant's cost.